# C. AULTMAN & CO.
## v.
# R. F. OSBORNE.

*Sales—Separator—Warranty—Failure of—Note—Set-off.*

In an action upon a promissory note given by the purchaser of a separator, the contention involving the questions of warranty and set-off, this court declines to interfere with verdict for the defendant.

[Opinion filed November 23, 1889.]

APPEAL from the Circuit Court of Christian County; the Hon. JAMES A. CREIGHTON, Judge, presiding.

Mr. JOHN G. DRENNAN, for appellant.

Mr. J. C. McBRIDE, for appellee.

CONGER, J.  This was an action brought upon a note executed by appellee to appellant for a separator sold by the latter to the former under a warranty as to its working qualities. The defense relied upon a failure of this warranty, and also upon a plea of set-off, to recover the value of a second-hand machine received by appellant in part payment of the new one purchased.  Appellee recovered a verdict for $75 upon which judgment was rendered.

We have carefully examined the evidence and the instructions, both those given and refused.

It would serve no useful purpose to set out at length the great variety of points elaborated in the briefs, but we are satisfied that the law was fairly given to the jury, and that substantial justice has been done between the parties, and therefore the judgment of the Circuit Court will be affirmed.

*Judgment affirmed.*